UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

    Plaintiff,

v.                                                    Case No. 10-20609

Karl Curtis Graves,                   Honorable Sean F. Cox

    Defendant.

_____/

## ORDER DENYING
## THE GOVERNMENT'S MOTION TO DETERMINE JURISDICTION

On August 2, 2010, Magistrate Judge Mona Majzoub issued a Consent Order of Detention Pending Trial. (Docket Entry No. 6). That Order stated that "defendant in open court, and with the advice of counsel, consented to detention reserving the right to have a detention hearing at a later time." The Order further provided that "defendant may request a detention hearing at a later date." (*Id*.)

Thereafter, Defendant requested a detention hearing and Magistrate Judge Virginia Morgan set the detention hearing for October 29, 2010 at 1:00 p.m.

On October 28, 2010, the Government filed a "Motion to Determine Jurisdiction to Review of [sic] the Order of Detention in this Case." (Docket Entry No. 22).

Having considered the motion, the Court finds the motion without merit. See 18 U.S.C.

§ 3142(f). Accordingly, IT IS ORDERED that the Motion is DENIED.

       IT IS SO ORDERED.

                                          S/Sean F. Cox
                                          Sean F. Cox
                                          United States District Judge

Dated: October 28, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 28, 2010, by electronic and/or ordinary mail.

                                          S/Jennifer Hernandez
                                          Case Manager